People *v.* Coates. Appeal from Recorder's Court of Detroit, Joseph E. Maher, J. Submitted Division 1 October 11, 1971, at Detroit. (Docket No. 10750.) Decided October 28, 1971. Leave to appeal denied, 386 Mich 783.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas P. Smith*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: Levin, P. J., and R. B. Burns and J. H. Gillis, JJ.

MEMORANDUM OPINION. Defendant appeals his conviction of kidnapping* assigning error because of: (1) the expression by the prosecutor of his personal opinion of complainant's credibility, (2) a suggestive pretrial showup and (3) certain objectionable testimony.

The alleged errors were not preserved for appellate review: (1) no objection was made to the prosecutor's argument, and such argument could have been cured by an appropriate instruction,** (2) the defendant was represented by counsel at the showing; no motion to suppress or objection was made at the trial concerning the showup*** and (3) no objection was made at the trial to the testimony.****

Affirmed.

---

* MCLA § 750.349 (Stat Ann 1954 Rev § 28.581).
** *People* v. *Stroble* (1971), 31 Mich App 94.
*** *People* v. *Rowls* (1970), 28 Mich App 190.
**** *People* v. *Webb* (1968), 13 Mich App 625; *People* v. *Wilson* (1969), 20 Mich App 410.